Kevin Valsi (SBN 274704)
Email: kvalsi@taulersmith.com
Tauler Smith LLP
626 Wilshire Blvd, Suite 510
Los Angeles, CA  90035
Telephone:  +1.310.853.0441

Attorneys for Plaintiff
JST DISTRIBUTION, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JST DISTRIBUTION, LLC, a Texas Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ADULT WORLD, INC., a Pennsylvania Corporation and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant. | Case No. 17-CV-1033-JAH-AGS<br><br>**JOINT NOTICE OF SETTLEMENT OF PLAINTIFF JST DISTRIBUTION, LLC'S CLAIMS AGAINST DEFENDANT ADULT WORLD, INC.**<br><br>Judge:　　Hon. John A. Houston<br>Magistrate:　Hon. Andrew G. Schopler |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff JST Distribution, LLC and Defendant Adult World, Inc. have reached a settlement in the above-referenced case. An executed Joint Motion for Order of Dismissal of all claims against Adult World, Inc. will be filed shortly.

Respectfully Submitted,

Dated: July 28, 2017            **TAULER SMITH LLP**

By:   /s/ Kevin Alan Valsi
      Kevin Alan Valsi
      Attorneys for Plaintiff
      JST Distribution, LLC

Dated: July 28, 2017            **ROBIN J. GRAY, ESQ.**

By:   /s/ Robin J. Gray
      Robin J. Gray
      Attorneys for Defendant
      Adult World, Inc.

### SIGNATURE ATTESTATION

Pursuant to Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By:   /s/ Kevin Alan Valsi
      Kevin Alan Valsi

- 1 -