# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JST DISTRIBUTION, LLC, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ADULT WORLD, INC., a Pennsylvania Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:17-CV-01033-JAH-AGS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge:       Hon. John A. Houston<br>Magistrate:  Hon. Andrew G. Schopler |

Pursuant to the parties' Joint Motion, this Court hereby dismisses the above-captioned action with prejudice; each party to bear its own fees and costs.

IT IS SO ORDERED.

DATE:    October 11, 2017

_____
UNITED STATES DISTRICT JUDGE